**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Shaquille M. HENDERSON, Petitioner**

**No. 236 EAL 2017**

Supreme Court of Pennsylvania.

August 9, 2017

## ORDER

PER CURIAM

**AND NOW**, this 9th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Ashley Lauren WILMER, Petitioner**

**No. 118 MAL 2017**

Supreme Court of Pennsylvania.

August 9, 2017

## ORDER

PER CURIAM

**AND NOW**, this 9th day of August, 2017, the Petition for Allowance of Appeal is **GRANTED** with respect to the following issue:

Whether law enforcement may reenter a residence after the exigency that permitted the initial entry has dissipated?